# United States District Court
## Western District of North Carolina
### Division

| | | |
|---|---|---|
| HASSAN SILLAH, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:14-cv-303-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FRANK L. PERRY, et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 30, 2015 Order.

January 30, 2015

Frank G. Johns, Clerk
United States District Court